

RECEIVED IN
COURT OF APPEALS. 5th DIST.

MAR 0 1 1999

LISA ROMBOK
CLERK, 5th DISTRICT

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. 73,096

### EX PARTE MARK ANTHONY LARMOND, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS FROM DALLAS COUNTY

*The opinion was delivered per curiam. PRICE, HOLLAND, WOMACK, and JOHNSON, JJ., dissent.*

### OPINION

This is a postconviction application for writ of habeas corpus forwarded to this Court pursuant to Code of Criminal Procedure article 11.07. Applicant was convicted of murder and sentenced to 99 years in prison. This conviction was affirmed. *Larmond v. State*, No. 05-91-00130-CR (Tex. App.--Dallas, December 30, 1991)(not designated for publication).

Applicant contends that he received ineffective assistance of counsel on appeal

because his lawyer failed to inform him that the conviction had been affirmed until over two years after the mandate from the Court of Appeals had issued. He claims that, as a result of this delay, he was deprived of his right to file a petition for discretionary review.

Counsel filed an affidavit in which he swore that, thirty days after the court of appeals affirmed the conviction, he sent applicant a copy of the court of appeals' opinion. Counsel attached a copy of the letter to the affidavit. The district court found the statements in counsel's affidavit to be true and recommended that relief be denied.

We find that the record supports the trial court's recommendation. Applicant has not established that he is entitled to relief.

Relief is denied.

PER CURIAM

Habeas Corpus Relief Denied.
DATE DELIVERED: February 24, 1999
DO NOT PUBLISH

Price, Holland, Womack, and Johnson, JJ., dissent.



US POSTAGE
≡ 0.26 ₁

FEB 25'99

PB METER
5-76390

PRESORTED
FIRST CLASS

LISA ROMBOK
CLERK 5TH COURT OF APPEALS
COURTHOUSE 600 COMMERCE 2ND FLOOR
DALLAS TX 75202

73,096



Court of Criminal Appeals
Box 12308
Capitol Station
Austin, Texas 78711